05-957

perjury that the foregoing is true and correct. Executed on

__10-12-05_____ X.
   (date)

X _Eddie Ray James Jr._____
   Signature of Petitioner

_____
Current mailing address

_____

12

2:05cv957.D