IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

EDDIE RAY JONES, JR., #186 013        *

    Petitioner,                              *

      v.                                       * CIVIL ACTION NO. 2:05-CV-957-D

WARDEN JERRY FERRELL, *et al.*,        *

    Respondents.                            *

_____

**O R D E R**

The court received the above-captioned petition on October 6, 2005.[1]  Although the petition has been accepted for filing, the court finds that Petitioner failed to sign this pleading.

Petitioner is advised that, pursuant to F.R.Civ.P. 11, every pleading, motion, and other paper filed with the court must be signed by the party filing such pleading, motion or other paper or signed by said party's attorney of record.

Accordingly, it is

ORDERED that the Clerk of Court SEND Petitioner a *copy* of the last page of Document Number 1.  Petitioner is advised that if he wants this court to consider his petition he should sign the photocopied page of his petition sent to him by the Clerk and re-file this page with the  court **on or before October 26, 2005.**  Petitioner is cautioned that his failure to return the signature page of his petition with his signature affixed therein will result in a

_____

[1]Petitioner originally filed his petition on July 18, 2005 in the United States District Court for the Southern District of Alabama.  By order dated October 4, 2005 the United States District Court for the Southern District of Alabama directed that Petitioner's habeas petition be transferred to this court.

Recommendation that this petition be dismissed without prejudice .

     Done this 13th day of October 2005.


                  **/s/ Delores R. Boyd**
                  DELORES R. BOYD
                  UNITED STATES MAGISTRATE JUDGE