


05-957

perjury that the foregoing is true and correct. Executed on

10-12-05 X.
(date)

X Eddie Ray James Jr.
Signature of Petitioner

Current mailing address

RECEIVED
2005 OCT 17 A 10: 5

2:05cv957.D