IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE RAY JAMES, JR., 186013, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05v957-D |
| ) | (WO) |
| WARDEN JERRY FERRELL, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

On December 20, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the record and upon CONSIDERATION of the Recommendation of the Magistrate Judge, the Recommendation is hereby adopted, and it is

ORDERED that the petition for habeas corpus relief be and the same is hereby DISMISSED without prejudice to afford Petitioner an opportunity to exhaust all available state court remedies.

DONE this 6th day of January, 2006.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE